RELIANT REALTY CO., INC., Appellant, v. NORMAN EISENSTEIN et al., Respondents, et al., Defendants.— Appeal from an order denying plaintiff's motion to examine the respondents before trial for the purpose of framing a complaint. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

CARL W. ROBINSON et al., Respondents, v. LAWRENCE S. BYRNE, JR., Appellant.— Appeal by defendant from a judgment enjoining him from interfering with gas pipes, electric light and telephone wires running across defendant's premises and serving plaintiffs' premises, and further granting judgment to plaintiffs for $678.68 damages for wrongful breaking of a water pipe which crossed defendant's property. Judgment reversed on the law and the facts, with costs, and the complaint dismissed on the law, with costs. At the time of the conveyance by Campbell to Almon on December 1, 1945, there were no water pipes, gas mains, electric or telephone wires serving any part of the premises now owned by plaintiffs. These easements were not necessary for the reasonable use of that part of the property granted at that time which is now owned by plaintiffs and, therefore, may not be implied. Plaintiffs Tufts in the companion action may not subject defendant's property to servitude or use in connection with the premises of plaintiffs Robinson in the present action. (*McCullough* v. *Broad Exch. Co.,* 101 App. Div. 566, 572, affd. 184 N. Y. 592.) (See *Tufts* v. *Byrne, post,* p. 783, decided simultaneously herewith.) Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.